Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
 Las Vegas, NV 89117
Telephone: (800) 400-6808 x 7
Facsimile: (800) 520-5523
danny@kazlg.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LLOYD W. ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., and EQUIFAX INFORMATION SERVICES, LLC.,<br><br>Defendants. | Case No. **2:15-cv-00037-RFB-PAL**<br><br>**STIPULATION OF DISMISSAL OF BANK OF AMERICA, N.A., WITH PREJUDICE** |

## STIPULATION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that Defendant Bank of America, N.A. ("BANA"), be dismissed from this action with prejudice, with Plaintiff Lloyd W. Anderson and BANA to bear their own fees and costs.

/ / /

{36224287;1} 1
STIPULATION OF DISMISSAL

1
2  DATED: September 21, 2015     AKERMAN LLP
3
4                                By: /s/ Matthew Knepper
                                     MATTHEW KNEPPER, ESQ.
5                                    NV Bar # 12796
                                     Attorneys for Defendant,
6                                    Bank of America, N.A.
7
8  DATED: September 21, 2015     KAZEROUNI LAW GROUP, APC
9
10
11                               By: /s/ Danny J. Horen
                                     DANNY J. HOREN
12                                   Attorneys for Plaintiff,
                                     JOVITA C. SALVADOR
13
14  IT IS SO ORDERED:
15
16
17  _____
    RICHARD F. BOULWARE, II
18  United States District Judge

19  DATED this 22nd day of September, 2015.
20
21
22
23
24
25
26
27
28

{36224287;1} 2
STIPULATION OF DISMISSAL